391 A.2d 679

Commonwealth v. Demby, Appellant.

Submitted March 20, 1978. John W. Packel, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Robert B. Lawler, Assistant District Attorney, and Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

HOFFMAN, J., dissented based on his dissenting opinion in *Commonwealth v. Poindexter*, 248 Pa.Superior Ct. 564, 375 A.2d 384 (1977).

391 A.2d 679

Commonwealth v. Diggs, Appellant.

Submitted March 13, 1978. Larry E. Stone, Assistant Public Defender, for appellant; Jane G. Penny, Deputy District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.